Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 South Virgina Street, 8th Floor
Reno, NV 89501
Telephone:  775.440.2373
Fax:  775.440.2376

*Attorneys for Defendant Gray Local Media, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALEJANDRA MORALES FALCONI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GRAY LOCAL MEDIA, INC., a Delaware corporation,<br><br>Defendant. | Case No.:  3:26-cv-00121-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendant Gray Local Media, Inc. ("Defendant") and Plaintiff Alejandra Morales Falconi ("Plaintiff") hereby request that Defendant be granted a 30-day extension of time, up to and including April 15, 2026, to file its response to Plaintiff's Complaint (ECF. No. 1). The present deadline for Defendant to file its response is March 16, 2026. This is the parties' first request for an extension of time for Defendant to file its response.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

- 1 -

Defendant respectfully requests this extension in order to have the time to fully research the facts and circumstances underlying this case, and not for purposes of delay.  Good cause exists to extend the response deadline.  Therefore, the parties respectfully request a 30-day extension of time up to and including April 15, 2026 for Defendant to file its response to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED this 13th day of March, 2026.

GREENBERG GROSS LLP

/s/ John M. Orr
Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
John M. Orr
Nevada Bar No. 14251
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

Attorneys for Plaintiff

DATED this 13th day of March, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Molly M. Rezac
Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

Molly M. Rezac
Nevada Bar No. 7435
200 South Virgina Street, 8th Floor
Reno, NV 89501

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

_March 13, 2026._
DATED

96193896.v1-OGLETREE